**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **AMMER QADDUMI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:24-cv-01002** |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | |
| **UT PRESIDENT JAY HARTZELL, AND** | § | |
| **UT PROVOST SHARON WOOD,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## UT DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendants The University of Texas at Austin, President Jay Hartzell, and former Provost Sharon Wood (collectively "UT Defendants") hereby inform the Court they are not opposed to Plaintiff's Amended Motion for Leave to File Second Amended Complaint (Dkt. 28), while reserving the right to move to dismiss the Second Amended Complaint. After Plaintiff filed his initial Motion for Leave to File Second Amended Complaint (Dkt. 26), the undersigned counsel communicated with Plaintiff's counsel regarding the UT Defendants' deadline to respond to the initial motion. At this point, Plaintiff's counsel requested the UT Defendants' confirm their opposition to the motion and identify the specific basis for such opposition, which the undersigned counsel provided. Plaintiff then filed an Amended Motion for Leave to File Second Amended Complaint in a preemptive attempt to address the UT Defendants' futility arguments (Dkt. 28). Rather than litigate the Rule 12(b) standard in the context of a motion for leave to amend, the UT Defendants' hereby notify the Court that they are not opposed to entry of Plaintiff's Second Amended Complaint as the operative pleading in this case. However, the UT Defendants reserve their right to move to dismiss the Second Amended

Complaint, which will allow the parties and the Court to fully engage in the applicable arguments and

pleading standards under Rule 12.


Dated:  December 17, 2024                      Respectfully submitted,


                                               */s/ Darren G. Gibson*
                                               Darren G. Gibson
                                               Texas State Bar No. 24068846
                                               dgibson@littler.com
                                               Emily R. Linn
                                               Texas State Bar No. 24109478
                                               elinn@littler.com

                                               LITTLER MENDELSON, P.C.
                                               100 Congress Avenue, Suite 1400
                                               Austin, TX  78701
                                               Telephone:  512.982.7250
                                               Facsimile:  512.982.7248

                                               **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, a copy of the foregoing document has been electronically filed with the Court, and served on the following by CM/ECF:

Brian McGiverin
AUSTIN COMMUNITY LAW CENTER
2080 E. Ben White Blvd.
Ste. 240, PMB 5960
Austin, Texas 78741
brian@austincommunitylawcenter.org

Joseph Y. Ahmad
Sean Healey
Ahmad Zavitsanos & Mensing, PLLC
1221 McKinney, Suite 2500
Houston, TX 77010
T: 713.655.1101
F: 713.655.0062
joeahmad@azalaw.com
shealey@azalaw.com

*Attorneys for Plaintiff*

*/s/ Darren G. Gibson*
Darren G. Gibson