UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **AMMER QADDUMI,** *Plaintiff* | § § § | |
| v. | § § | No. 1:24-CV-01002-DII |
| **JAY HARTZELL, SHARON WOOD,** *Defendants* | § § § § | |

## ORDER

Defendants responded to Plaintiff's motion for a temporary restraining order, Dkt. 10, on October 28, 2024. Dkt. 14. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judge's Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District **Judge Robert Pitman's** form on or before **January 27, 2025**.

**SIGNED** January 13, 2025.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE