UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| AMMER QADDUMI,<br>*Plaintiff*<br><br>**v.**<br><br>JAY HARTZELL, *in his individual capacity*, SHARON WOOD, *in her individual capacity*, and INTERIM UT PRESIDENT JAME E. DAVIS, *in his official capacity*,<br>*Defendants* | §<br>§<br>§<br>§<br>§   No.  1:24-cv-1002-RP<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

Before the Court is Defendant President James Davis's ("Davis") Notice Regarding University of Texas at Austin's ("UT Austin") Intent to Comply with Expunction Orders, Dkt. 52, and Plaintiff Ammer Qaddumi's ("Qaddumi") Objection to Defendant Davis's Notice of Intent to Comply with Expunction Orders and Motion for Preservation, Dkt. 54, which the District Judge referred to the undersigned for disposition. The Notice and Motion concern Orders of Expunction ("Orders") from Travis County District Courts for six third-party individuals who were arrested by the UT Austin Police Department in April 2024, in connection with pro-Palestine protests. The Orders require the UT Austin Police Department and, in one case, the UT Austin Office of the Dean of Students, to destroy all records concerning the arrest of these individuals. Dkt. 52, at 1. Davis and UT Austin represent that they intend to comply by destroying all records covered by the Orders. *Id*. Davis's Notice states that "absent any motion or application by Plaintiff and subsequent order by this

1

Court or a court of competent jurisdiction preventing or limiting UT Austin's compliance with the six Orders of Expunction, UT Austin intends to begin the process of destroying all covered records on or after May 5, 2025, which is twenty-one days following the date of this Notice." *Id.* at 2.

Qaddumi filed his Motion for Preservation, Dkt. 54, on April 30, 2025, making any response in opposition from Defendants due on or before May 7, 2025. *See* Local Rule CV-7(d)(2). Qaddumi may file a reply to any response on or before May 14, 2025. Local Rule CV-7(e)(2). The Court wishes to wait until this issue is fully briefed to render a decision on it. To preserve Qaddumi's rights to have his Motion for Preservation heard by the Court, the Court will order Davis to maintain the records at issue until the Motion is resolved by the Court via further order.

For these reasons, **IT IS ORDERED** that until Plaintiff's Motion for Preservation, Dkt. 54, is decided by the Court via further order, Defendants Interim UT Austin President James E. Davis and related parties shall preserve all records, documents, and electronically stored information relating to the April 24, 2024, and April 29, 2024, pro-Palestine protest arrests, including but not limited to arrest reports, disciplinary files, electronic signature logs, and any communications or policies regarding those events.

**IT IS FURTHER ORDERED** that Defendants shall not alter, destroy, or dispose of any such materials, notwithstanding any previously issued expunction orders, until the resolution of this Motion via further order from the Court.

SIGNED May 1, 2025.

                                      DUSTIN M. HOWELL
                                      UNITED STATES MAGISTRATE JUDGE