UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **AMMER QADDUMI,** *Plaintiff,* v. **INTERIM UT AUSTIN PRESIDENT JAMES E. DAVIS, et al.,** *Defendant,* | § § § § § § § § § § § §   1:24-CV-01002-RP |

### ORDER

Before the Court is Ammer Qaddumi's motion for preservation Dkt. 54. The District Judge referred the motion for disposition by the undersigned. Having reviewed the motion, the undersigned enters the following Order.

**IT IS ORDERED THAT** the motion, Dkt. 54, is set for an in-person hearing on **Thursday, July 24, 2025, at 10:00 am**. The parties should be prepared to discuss at the hearing the motion as well as their efforts to resolve the discovery dispute that gave rise to it. The hearing will last no more than 1 hour with each side afforded 45 minutes to make their arguments.

**IT IS FURTHER ORDERED THAT** the parties shall **meaningfully confer** either in-person or via phone about the issues raised in the motion, and they shall then **jointly file an advisory by noon on July 22, 2025**. The advisory should

discuss the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issue. If the parties are able to resolve their dispute prior to the hearing, they should so inform the Court in their joint advisory and the hearing will be canceled. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to Judge Howell's Courtroom Deputy, Victoria Rivera, at victoria_rivera@txwd.uscourts.gov by 5:00 p.m. of the business day prior to the hearing.

The parties are advised and hereby placed on notice that the Court may award expenses against any party that is uncooperative in discovery. See Fed. R. Civ. P. 37(a)(5).

**SIGNED** May 23, 2025.

                                                   DUSTIN M. HOWELL
                                                   UNITED STATES MAGISTRATGE JUDGE