UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMMER QADDUMI,<br><br>Plaintiff,<br><br>v.<br><br>UT AUSTIN PRESIDENT JAMES E. DAVIS, in his official capacity,<br><br>Defendant. | Civil Action No. 1:24-cv-1002 |

**PROPOSED ORDER RE DEFENDANT'S MOTION TO STRIKE JURY DEMAND**

Before the Court is Defendant's Opposed Motion to Strike Jury Demand (Dkt. 70). Defendant UT Austin President James E. Davis, in his official capacity, requested that the Court strike Plaintiff Ammer Qaddumi's jury demand (Dkt. 64) and proceed with a bench trial, to the extent a trial is necessary. After reviewing the Motion, Plaintiff's Response, and any reply or arguments of counsel, the Court:

\_\_\_\_  **DENIES** Defendant's Motion to Strike Jury Demand. The Court will set the case for a jury trial pursuant to Fed. R. Civ. P. 39(c)(1), and any fact issue the Court deems appropriate for an advisory verdict will be submitted to the jury on an advisory basis.

\_\_\_\_  **GRANTS** Defendant's Motion to Strike Jury Demand and **DIRECTS** the Clerk of Court to **STRIKE** Plaintiff's Jury Demand (Dkt. 64). The Court nonetheless **ORDERS** the case set for jury trial pursuant to Fed. R. Civ. P. 39(c)(1); any fact issue the Court deems appropriate for an advisory verdict will be submitted to the jury on an advisory basis.

SIGNED this ___ day of _____, 2025.

                                                          _____
                                                          Hon. Robert Pitman
                                                          United States District Court Judge