# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| AMMER QADDUMI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:24-cv-01002 |
| UT AUSTIN PRESIDENT JAMES E. DAVIS, in his official capacity, | § § § § | |
| Defendant. | § § § | |

## NOTICE REGARDING DISCLOSURE OF EDUCATIONAL RECORDS

**PLEASE TAKE NOTICE** that, in connection with discovery in the above-captioned matter, Plaintiff seeks the disclosure of disciplinary records relating to approximately 271 current and former students enrolled at The University of Texas at Austin ("UT Austin"). As a result, Defendant is required by the Family Educational Rights and Privacy Act ("FERPA") to provide each of these 271 students notice informing them that their educational records have been requested and affording each of them an opportunity to object to disclosure their records. *See* 34 C.F.R. § 99.31(a)(9). Accordingly, Defendant has issued notices to each of the 271 students whose records are subject to disclosure.

Defendant submits this Notice to inform the Court that affected students may contract the Court directly with inquiries or objections concerning the release of their educational records. This Notice is provided to ensure transparency and apprise the Court of the possibility of direct communication from affected individuals.

Dated: September 15, 2025

        Respectfully submitted,

        */s/ Darren G. Gibson*
        Darren G. Gibson
        State Bar No. 24068846
        Darren.Gibson@michaelbest.com
        Madison George Dornak
        State Bar No. 24108751
        Madison.Dornak@michaelbest.com

        **MICHAEL BEST & FRIEDRICH LLP**
        515 Congress Avenue, Suite 2500
        Austin, Texas 78701
        Telephone: 512.320.0601
        Facsimile: 512.640.3170
        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 15, 2025, a copy of the foregoing document has been electronically filed with the Court, and served on the following by CM/ECF:

Brian McGiverin  
Austin Community Law Center  
2080 E. Ben White Blvd.  
Ste. 240, PMB 5960  
Austin, Texas 78741  
brian@austincommunitylawcenter.org

Joseph Y. Ahmad  
Sean Healey  
Ahmad Zavitsanos & Mensing, PLLC  
1221 McKinney, Suite 2500  
Houston, TX 77010  
T: 713.655.1101  
F: 713.655.0062  
joeahmad@azalaw.com  
shealey@azalaw.com

**Attorneys for Plaintiff**

                                                                                         _/s/ Darren G. Gibson_  
                                                                                         Darren G. Gibson