IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMMER QADDUMI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-1002-RP |
| UT AUSTIN PRESIDENT JAMES E. DAVIS, *in his official capacity*, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant UT Austin President James E. Davis's ("Defendant") Opposed Motion to Strike Jury Demand. (Dkt. 70). Defendant requests that the Court strike Plaintiff Ammer Qaddumi's ("Plaintiff") jury demand, (Dkt. 64), and proceed with a bench trial. Given that the claim proceeding in this case is a 42 U.S.C. § 1983 action against a state official in his official capacity seeking injunctive relief, the parties agree in their briefing that the Seventh Amendment does not entitle Plaintiff to a jury trial. Plaintiff responded in opposition to Defendant's Motion to Strike, arguing that the Court should, in its discretion, empanel an advisory jury to evaluate the issues in the case. (Dkt. 72). In its discretion pursuant to Federal Rule of Civil Procedure 39(c)(1), the Court declines to empanel an advisory jury.

Accordingly, **IT IS ORDERED** that Defendant's Motion, (Dkt. 74), is **GRANTED**. The jury demand, (Dkt. 64), is **STRICKEN** from the docket. The Court will schedule a bench trial.

**SIGNED** on September 24, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1