# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

Qaddumi,
Plaintiff,
v.
Hartzell, et al.,
Defendants.



Civil Action No. 1:24-cv-01002

## MOTION TO DISMISS MOVANT AS A PARTY AND TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Movant Sam Farah, appearing pro se, respectfully submits this Motion requesting that the Court (1) dismiss Movant as a party to this action because Movant never agreed to or authorized being named as a plaintiff, and (2) quash any subpoena or discovery request seeking Movant's University of Texas at Austin disciplinary records.

### I. BACKGROUND

1. Movant recently discovered that Plaintiff, Mr. Qaddumi, listed Movant as a plaintiff in the complaint filed in this matter.
2. Movant never agreed, authorized, or consented to being named as a party to this lawsuit. Movant has not signed the complaint nor any consent to join this action.
3. Movant does not wish to participate in this lawsuit in any capacity and hereby affirmatively declines to join.
4. Movant is a student of UT Austin and is registered with the University's Disability and Access Office. The records sought include FERPA-protected education records and disability-related information.

### II. LEGAL STANDARD

Under Fed. R. Civ. P. 21, the Court may "drop a party" at any time, on just terms, for misjoinder. A plaintiff cannot be forced into litigation without consent.

Rule 45(d)(3)(A)(iii) requires the Court to quash or modify a subpoena that requires disclosure of protected matter.

SF

FERPA (20 U.S.C. § 1232g; 34 C.F.R. § 99.31(a)(9)) protects student education records and gives students a right to object before disclosure.

### III. ARGUMENT

A. Movant Was Improperly Named as a Party

Movant never signed the complaint or authorized inclusion as a plaintiff. Movant's name should therefore be stricken from the pleadings, and Movant dismissed from the case under Rule 21.

B. Compelling Movant's Records Would Cause Undue Harm

Even if Movant were a party, the requested records are protected under FERPA and the ADA and contain highly sensitive disability-related information. Compelling their disclosure would violate Movant's privacy rights and is not proportional to the needs of the case.

### IV. RELIEF REQUESTED

Movant respectfully requests that the Court:

1. Dismiss Movant as a plaintiff or otherwise strike Movant's name from the complaint under Rule 21;
2. Quash any subpoena or discovery request seeking Movant's UT Austin records;
3. In the alternative, conduct in camera review and issue a protective order limiting any disclosure to only what is strictly necessary, with redactions and "attorneys' eyes only" protection; and
4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Sam Farah
400 E 30th St, #202
Austin, TX 78705
8048335700
samfarah999@gmail.com
Pro Se Movant

Date: Sep 28, 2025

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was served on all parties on this _28th_ day of September, 2025.

*S Farah*

Sam Farah

SF

FROM: SAM FARAH
5418 EAGLE TRACE CT
SUGARLAND, TX 77479

TO: CLERK'S OFFICE - AUSTIN DIVISION
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
501 WEST 5TH STREET, SUITE 1100
AUSTIN, TX 78701




