UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Ammer Qaddumi, et al | § |
| | §   CIVIL NO: |
| vs. | §   AU:24-CV-01002-RP |
| | § |
| James E. Davis, et al | § |

## ORDER RESETTING BENCH TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, May 11, 2026 at 09:30 AM**.

    IT IS SO ORDERED this 10th day of October, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE