UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| AMMER QADUMMI, ) | |
|                Plaintiff, ) | |
| v. ) | Cause No. 1:24-cv-1002 |
| ) | |
| UT AUSTIN PRESIDENT JAMES E. DAVIS, ) | |
| in his official capacity. ) | |
|                Defendant. ) | |

**ORDER ON DEFENDANT'S MOTION TO COMPEL PRODUCTION FROM RULE 45
SUBPOENA RECIPIENTS**

Before the Court is Defendant UT Austin President James E. Davis's Motion to Compel Production from Rule 45 Subpoena Recipients. After considering the motion, the briefing, and applicable law, the Court finds that the motion should be **GRANTED**. **IT IS THEREFORE ORDERED** that:

1. The objections lodged by non-party subpoena recipients are **OVERRULED**.

2. Each subpoena recipient **SHALL**, within fourteen (14) days of this Order, produce all non-privileged documents and electronically stored information responsive to the Rule 45 subpoenas served by Defendant, including but not limited to:

- Communications with Plaintiff relating to the April 24 and April 29, 2024 protests;

- Communications with or among members of the Palestine Solidarity Committee ("PSC"), Students for Justice in Palestine ("SJP"), or other third parties relating to those protests;

- Audio recordings, video recordings, and/or photographs depicting or capturing the April 24 and April 29 protests;

- Documents and/or communications relating to Plaintiff's arrest and disciplinary process at UT Austin.

3. Any claim of privilege or protection must comply with Fed. R. Civ. P. 45(e)(2)(A), including the production of a privilege log describing the nature of withheld materials sufficient to permit assessment of the claim.

Failure to comply with this Order may result in sanctions under Fed. R. Civ. P. 45(g).

**SIGNED**

_____
ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE