UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMMER QADDUMI, § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 1:24-cv-1002 |
| UT AUSTIN PRESIDENT JAMES § E. DAVIS, in his official capacity, § § | |
| Defendant. § § | |

**PLAINTIFF'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES**

Plaintiff Ammer Qaddumi hereby provides this Supplemental Disclosure to Defendant UT Austin President James E. Davis, in his official capacity, in accordance with Federal Rules of Civil Procedure 26(a)(1)(A)(i)-(iv) and (e). The information set forth herein constitutes the best information presently available to Plaintiff, who has not yet completed his investigation of the facts involved in this case. Plaintiff will timely amend or supplement these disclosures in the event any additional, different, or more accurate information becomes available, and Plaintiff reserves the right to do so. These disclosures are subject to correction for any inadvertent errors or omissions. By disclosing this information, Plaintiff makes no representation or concession as to the materiality of the information or related documents.

Identification of any document that is privileged or otherwise immune from discovery shall not constitute a waiver of any privilege, nor of any other ground for objection relating to the discoverability, confidentiality, or admissibility of the document, its subject matter, or the information contained therein.

1

## Fed. R. Civ. P. 26(a)(1)(A)(i)

**The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment[.]**

| INDIVIDUALS | SUBJECTS OF INFORMATION |
|---|---|
| **Ammer Qaddumi**<br>c/o AZA,<br>1221 McKinney St. #2500<br>Houston, TX 77010<br>(713) 655-1101<br><br>Home address:<br>217 W 25th St.,<br>Houston, TX 77008<br>(713) 927-9271 | • The nature, organization, and viewpoint of the Palestine Solidarity Committee at UT Austin.<br>• Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Actions taken by UT Austin officials to prevent and/or disperse the protest.<br>• His actions and the actions of other protesters at the April 24, 2024 protest.<br>• His arrest by UT Austin Police.<br>• Disciplinary actions taken against him by UT Austin stemming from the April 24, 2024 protest. |
| **Lamar Qaddumi**<br>c/o AZA,<br>1221 McKinney St. #2500<br>Houston, TX 77010<br>(713) 655-1101<br><br>Home address:<br>217 W 25th St.,<br>Houston, TX 77008<br>(713) 927-9271 | • The events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest.<br>• Disciplinary actions taken against Ammer Qaddumi by UT Austin stemming from the April 24, 2024 protest. |
| **Anan Qaddumi**<br>c/o AZA,<br>1221 McKinney St. #2500<br>Houston, TX 77010<br>(713) 655-1101<br><br>Home address:<br>217 W 25th St.,<br>Houston, TX 77008<br>(713) 248-2250 | • The events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest.<br>• Ammer Qaddumi's arrest by UT Austin Police. |

| **Jay Hartzell** c/o Defendant's counsel | <ul><li>The organization and institutional structure of UT Austin at the relevant time.</li><li>His duties and responsibilities as President of UT Austin.</li><li>The policies, practices, customs, rules, and procedures of UT Austin as relates to student speech rights, campus protests, and treatment of different viewpoints.</li><li>The relationship between UT Austin and Governor Abbott.</li><li>UT Austin's decision to implement Executive Order GA-44.</li><li>UT Austin's decision and measures taken to block, prevent, disrupt, police, and/or disperse the April 24, 2024 protest.</li><li>UT Austin's decision and measures taken to discipline Ammer Qaddumi and other participants in the April 24, 2024 protest.</li></ul> |
|---|---|
| **Sharon Wood** c/o Defendant's counsel | <ul><li>The organization and institutional structure of UT Austin at the relevant time.</li><li>Her duties and responsibilities as Provost of UT Austin.</li><li>The policies, practices, customs, rules, and procedures of UT Austin as relates to student speech rights, campus protests, and treatment of different viewpoints.</li><li>The relationship between UT Austin and Governor Abbott.</li><li>UT Austin's decision to implement Executive Order GA-44.</li><li>Her letter informing the Dean's Council</li><li>The decision and measures taken by UT Austin to block, prevent, disrupt, police, and/or disperse the April 24, 2024 protest.</li><li>The decision and measures taken by UT Austin to discipline Ammer Qaddumi and other participants in the April 24, 2024 protest.</li></ul> |
| **Joe Lobrutto** c/o Defendant's counsel | <ul><li>Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.</li></ul> |

|  | |
|---|---|
|  | <ul><li>Communications, information, directions, and/or instructions from UT Austin to police regarding the April 24, 2024 protest.</li><li>His interactions with Ammer Qaddumi at the April 24, 2024 protest.</li><li>Disciplinary measures taken by UT Austin against Ammer Qaddumi.</li></ul> |
| **Katie McGee**<br>The University of Texas at Austin<br>Office of the Dean of Students<br>1 University Station A5800<br>Austin, Texas 78712-0175<br>(512) 471-5017 | <ul><li>The decision and measures taken by UT Austin to discipline Ammer Qaddumi and other participants in the April 24, 2024 protest.</li><li>UT Austin's policies, practices, customs, rules, and procedures relating to its investigative, disciplinary, and appeals processes.</li><li>The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing.</li><li>The reasons a one-year suspension was sought against Ammer Qaddumi.</li><li>The reasons Student Conduct appealed Mr. Qaddumi's deferred suspension.</li></ul> |
| **Melissa Joes Wommack**<br>The University of Texas at Austin<br>Office of the Dean of Students<br>1 University Station A5800<br>Austin, Texas 78712-0175<br>(512) 471-5017 | <ul><li>The decision and measures taken by UT Austin to discipline Ammer Qaddumi and other participants in the April 24, 2024 protest.</li><li>UT Austin's policies, practices, customs, rules, and procedures relating to its investigative, disciplinary, and appeals processes.</li><li>The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing.</li><li>The reasons a one-year suspension was sought against Ammer Qaddumi.</li><li>The reasons Student Conduct appealed Mr. Qaddumi's deferred suspension.</li></ul> |
| **John Dalton**<br>The University of Texas at Austin<br>Office of the Vice President for Student Affairs<br>2304 Whitis Avenue, Stop G5000<br>Austin, TX 78712-1659<br>(512) 471-1133 | <ul><li>His duties and responsibilities as Appellate Officer at the relevant time.</li><li>UT Austin's policies, practices, customs, rules, and procedures relating to its appeals processes.</li><li>The decision and measures taken by UT Austin to discipline Ammer Qaddumi and</li></ul> |

| | |
|---|---|
| | • other participants in the April 24, 2024 protest.<br>• The reasons Student Conduct's appeal of Mr. Qaddumi's deferred suspension was granted. |
| **Ann Pickens**<br>c/o Defendant's counsel | • Her duties and responsibilities as Foreperson of the Student Conduct Board at the September 26, 2024 Student Conduct Panel hearing.<br>• The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing. |
| **Matthew Sjostrom**<br>1124 Wheaton CT<br>Bedford, Tx 76021<br>817-995-3038 | • His duties and responsibilities as a member of the Student Conduct Board at the September 26, 2024 Student Conduct Panel hearing.<br>• The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing. |
| **Alexis Hoeller**<br>12016 Versante Cir.<br>Austin, TX 78726<br>832-948-2170 | • Her duties and responsibilities as a member of the Student Conduct Board at the September 26, 2024 Student Conduct Panel hearing.<br>• The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing. |
| **Jenna Homsi**<br>1217 Laurel Oak Trl,<br>Pflugerville, TX 78660<br>254-466-5605<br>homsijenna@gmail.com | • Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest.<br>• The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing and her role as a witness. |
| **Aubrey McCabe**<br>*Current contact information unknown.* | • Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest. |

|  |  |
|---|---|
|  | • The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing and her role as a witness. |
| **Jon Siebel**<br>*Current contact information unknown.* | • Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest.<br>• The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing and her role as a witness. |
| **Yara Bitar**<br>*Current contact information unknown.* | • Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest.<br>• The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing and her role as a witness. |
| **Mohammed Zakzok**<br>1217 Laurel Oak Trl,<br>Pflugerville, TX 78660<br>zakzokmohammed@gmail.com<br>(512) 618-6755 | • Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest.<br>• The events of Ammer Qaddumi's September 26, 2024 Student Conduct Panel hearing and his role as a witness. |
| **Raneem Mahrouq**<br>2206 Nueces St,<br>Austin, TX 78705<br>(817) 933-3969 | • Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest. |
| **Haya Saidi**<br>2000 Milan Meadows Ct,<br>Leander, TX 78641 | • Events leading up to, during, and immediately following the pro-Palestine |

| | |
|---|---|
| 512-676-1403<br>hayatexas@gmail.com | • protest on UT Austin campus on April 24, 2024.<br>• Ammer Qaddumi's actions and the actions of other protesters at the April 24, 2024 protest. |
| **Daniel O'Leary**<br>245 Kelton St Apt. 33,<br>Boston, MA 02134-4411<br>(978) 886-8545 | • The time, place, manner, and events of past protests at UT Austin campus. |
| **Rhiannon Hamam**<br>727 E Dean Keeton St.,<br>Austin, TX 78705<br>(817) 729–1722 | • The time, place, manner, and events of past protests at UT Austin campus.<br>• Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024. |
| **Crystal Tran**<br>*Current contact information unknown.* | • The time, place, manner, and events of past protests at UT Austin campus.<br>• Events leading up to, during, and immediately following the pro-Palestine protest on UT Austin campus on April 24, 2024. |
| All individuals listed in UT Austin's Rule 26 disclosures. | • Any subjects of information included for such individuals in UT Austin's Rule 26 disclosures. |

### FED. R. CIV. P. 26(a)(1)(A)(ii)

**A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment[.]**

| DOCUMENTS BY CATEGORY | LOCATION |
|---|---|
| Documents and communications relating to UT Austin's suspension of Mr. Qaddumi and the subsequent appeals process. | Responsive, nonprivileged documents in AZA's possession will be produced to Defendants' counsel via a secure link on a rolling basis following service of these initial disclosures. Plaintiff understands that the majority of such documents are in Defendants' possession. |

| | |
|---|---|
| Documents and communications describing or otherwise relating to the events of April 24, 2024, and other similar protests on UT Austin campus. | Responsive, nonprivileged documents in AZA's possession will be produced to Defendants' counsel via a secure link on a rolling basis following service of these initial disclosures. |
| Videos and photographs of or related to the April 24, 2024 protests. | Responsive documents in AZA's possession will be produced to Defendants' counsel via a secure link on a rolling basis following service of these initial disclosures. Plaintiff understands that other such documents are in Defendants' possession. |
| Policies, rules, and orders applied or enforced by UT Austin in relation to Mr. Qaddumi's suspension and the April 24, 2024 protests. | Responsive documents Plaintiff is aware of are publicly available here:<br>• https://catalog.utexas.edu/general-information/appendices/appendix-c/student-conduct-and-academic-integrity/<br>• EO-GA-44_antisemitism_in_institutions_of_higher_ed_IMAGE_03-27-2024.pdf<br>Copies in AZA's possession will be produced to Defendants' counsel via a secure link on a rolling basis following service of these initial disclosures. Plaintiff understands that the majority of such documents are in Defendants' possession. |
| Documents and communications comprising or relating to statements made by UT Austin or UT Austin personnel regarding Plaintiff, PSC, Palestine, Israel, campus protests, and/or pro-Palestine viewpoints. | Responsive, nonprivileged documents in AZA's possession will be produced to Defendants' counsel via a secure link concurrently with the service of these initial disclosures. Plaintiff understands that the majority of such documents are in Defendants' possession. |
| Documents and communications constituting or relating to Plaintiff's disciplinary records maintained by UT Austin. | Responsive documents in AZA's possession will be produced to Defendants' counsel via a secure link on a rolling basis following service of these disclosures. Plaintiff understands that other such documents are in Defendants' possession. |
| Documents constituting or relating to Defendant's differential application of rules or policies to other students. | Plaintiff understands that these documents are in Defendants' possession, custody, or control. |
| Documents and communications relating to the time, place, and manner of past protests at UT Austin, and UT Austin's response thereto. | Responsive documents in AZA's possession will be produced to Defendants' counsel via a secure link on a rolling basis following service of these disclosures. Plaintiff understands that |

8

| | |
|---|---|
| | other such documents are in Defendants' possession. |
| Other documents produced by any party, or in response to any third party subpoena, or whose relevance becomes apparent during the course of discovery in this action. | Any responsive documents in AZA's possession will be produced to Defendants' counsel via a secure link on a rolling basis following service of these disclosures. Plaintiff understands that other such documents are in Defendants' possession or in the possession of third parties. |

### FED. R. CIV. P. 26(a)(1)(A)(iii)

**A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered[.]**

N/A – currently pending claims assert injunctive and declaratory relief only. Plaintiff reserves the right to seek any attorney's fees recoverable under 42 U.S.C. § 1988 by filing a motion for fees and supporting documents following judgment pursuant to Local Rule CV-54.

### FED. R. CIV. P. 26(a)(1)(A)(iv)

**For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

Dated: November 3, 2025

Respectfully submitted,

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad
State Bar No. 00941100
joeahmad@azalaw.com
Sean Healey
State Bar No. 24142997
shealey@azalaw.com
AHMAD, ZAVITSANOS, & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on November 3, 2025.

*/s/ Sean Healey*
Sean Healey