

**OFFICE OF THE DEAN OF STUDENTS**

100 West Dean Keeton Street A5800 • Austin, TX 78712 • (512) 471-5017 • FAX (512) 471-7833
deanofstudents.utexas.edu • deanofstudents@austin.utexas.edu

**Student Disciplinary Hearing Participants**
**Zoom Virtual Hearing**
**August 30, 2024 at 3:00 p.m.**
**and**
**September 6, 2024 at 1:30 p.m.**

| | |
|---|---|
| **Hearing Officer(s)** | Ann Pickens, Director, Lee and Joe Jamail Texas Swimming Center **FOREPERSON** <br><br> Alexis Hoeller, Senior, College of Liberal Arts <br><br> Matthew Sjostrom, Law Student, School of Law <br><br> Sean Flammer, Associate General Counsel, UT System Office of General Counsel <br> *Advisor to Hearing Officers* |
| **Accused Student** | Ammer Milton Qaddumi, Senior, College of Liberal Arts <br><br> Brian McGiverin, Attorney <br> *Advisor to Accused Student* |
| **Representative for the Dean of Students** | Melissa Jones-Wommack <br> Acting Executive Director for Student Conduct and Academic Integrity <br><br> Adam Biggs, Deputy Vice President for Legal Affairs, Office of the Vice President for Legal Affairs <br> *Advisor to Dean of Students* |
| **Witnesses for the Dean of Students** | Kelly Soucy, PhD, Executive Director of Student Support, Office of the Dean of Students <br><br> Shane Streepy, Assistant Chief of Police, University Police Department <br><br> Chris Miller, Captain, University Police Department <br><br> Hector Luevano, Lieutenant, University Police Department <br><br> Joseph LoBrutto, Director of Demonstration and Emergency Response, Office of the Dean of Students |
| **Witnesses for the Accused Student** | Aubrey McCabe <br> Lamar Qadummi <br> Mohammed Zakzok |