**PSC Steering** 🔥🇵🇸

**Raneem Mahrouq**
where do yall wanna meet and at what time
i finish class soon but i need to go home and change rq  10:46 AM

**Jenna Homsi**
leaving my apt soon
we can meet near pcl or smth  10:47 AM
👍

**Haya Saidi**
i'll be there in like 10 ish minutes  10:57 AM

Mohammed and I will be there with the wagon and supplies in ~15  10:58 AM

**Raneem Mahrouq**
are we making this info from this morning open to public or nah  11:04 AM

**Raneem Mahrouq**
what are we doing abt the orange barricade  11:21 AM

Step over them? Lol

As long as we don't damage them we should be fine  11:21 AM

**Haya Saidi**
are y'all at the pcl  11:22 AM

**Mohammed Zakzok**
yes  11:22 AM

**Raneem Mahrouq**
it's technically gonna be a "violation"

but i guess we do it or we could do it infront of tower instead but that obstructs peoples movement right
11:26 AM

QAD000260