IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMMER QADDUMI, | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:24-cv-01002 |
| | § | |
| UT AUSTIN PRESIDENT JAMES | § | |
| E. DAVIS, in his official capacity, | § | |
| *Defendant*. | § | |
| | § | |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO COMPEL PRODUCTION FROM RULE 45 SUBPOENA RECIPIENTS**

BEFORE THE COURT is Defendant UT Austin President James E. Davis's Motion to Compel Production from Rule 45 Subpoena Recipients ("Motion to Compel").

Having considered the Motion to Compel, the response filed by Non-Party Witnesses Jenna Homsi, Haya Saidi, and Mohammed Zakzok, the arguments of counsel, and all applicable law, the Court finds that the Motion should be DENIED.

IT IS HEREBY ORDERED that Non-Party Witnesses' objections are SUSTAINED.

IT IS FURTHER ORDERED that Defendant's Motion to Compel is DENIED. The subpoenas served on Non-Party Witnesses Jenna Homsi, Haya Saidi, and Mohammed Zakzok do not expressly include requests for electronically stored

information or text messages, and compelling production of such would impose an undue burden and invade protected privacy interests.

    IT IS ALSO ORDERED that Non-Party Witnesses are awarded attorneys' fees in the amount of $2,500, to be donated to a charity of their choice. Movant is ordered to make this payment within thirty (30) days of this Order.

IT IS SO ORDERED.

    Signed this *day of* _____, 2025.

_____

UNITED STATES DISTRICT JUDGE