FILED
January 29, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Christian Rodriguez_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMMER QADDUMI,<br>*Plaintiff* | §<br>§<br>§ |
| v. | §    No. 1:24-CV-01002-RP |
| | § |
| UT AUSTIN PRESIDENT JAMES<br>E. DAVIS, IN HIS OFFICIAL<br>CAPACITY;<br>*Defendant* | §<br>§<br>§<br>§ |

# ORDER

Before the Court are four motions: (1) Plaintiff's Motion to Compel 30(b)(6) Deposition, Dkt. 141; (2) Plaintiff's Motion to Compel Deposition Answers and Interrogatory Responses, Dkt. 142; (3) Defendant's Opposed Motion to Compel Responses Pursuant to Fed. R. Civ. P. 34 and 37(a), Dkt. 143; and (4) Defendant's Motion to Compel Production from Rule 45 Subpoena Recipients, Dkt. 144. The District Judge referred the motions to the undersigned for disposition. The Court set the motions for hearing, Dkt. 151, and after considering the parties' filings, the applicable law, and the arguments made at the hearing, the Court announced its rulings, and the reasons for those rulings, on the record. This written order memorializes that oral ruling.

<u>Plaintiff's Motion to Compel 30(b)(6) Deposition, Dkt. 141</u>: The Court **GRANTS IN PART and DENIES IN PART** the motion. The Court **GRANTS** the motion to the extent it seeks a Rule 31 deposition by written questions of Defendant UT Austin President James E. Davis, in his official capacity, and **DENIES** the motion

1

in all other respects. The Court **ORDERS** Plaintiff to serve his DWQ on Defendant no later than 14 days from the date of this order. Defendant will then have 30 days to respond to the DWQ. If, after meaningfully conferring, the parties have a dispute regarding Defendant's responses, the parties may bring the dispute to the Court's attention in the form of a joint filing limited to 500 words per side. The Court will then either rule on the dispute on the papers or set the matter for a brief Zoom hearing.

Plaintiff's Motion to Compel Deposition Answers and Interrogatory Responses, Dkt. 142: The Court **DENIES** the motion.

Defendant's Opposed Motion to Compel Responses Pursuant to Fed. R. Civ. P. 34 and 37(a), Dkt. 143: The Court **DENIES** the motion.

Defendant's Motion to Compel Production from Rule 45 Subpoena Recipients, Dkt. 144: The Court **GRANTS** the motion and **ORDERS** the parties to confer regarding what supplementation of the non-parties' responses, if any, is necessary. As with Plaintiff's motion at Dkt. 141, if, after meaningfully conferring, the parties have a dispute regarding Defendant's responses, the parties may bring the dispute to the Court's attention in the form of a joint filing limited to 500 words per side. The Court will then either rule on the dispute on the papers or set the matter for a brief Zoom hearing.

SIGNED January 29, 2026.

                                        DUSTIN M. HOWELL
                                      UNITED STATES MAGISTRATE JUDGE