UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ammer Qaddumi | § | |
| | § | |
| vs. | § | NO:   AU:24-CV-01002-RP |
| | § | |
| Interim UT Austin President James E. Davis | § | |

## **ORDER**

The Court sets and directs the parties, or counsel acting on their behalf, to appear for a <u>Final Pretrial Conference</u> on Wednesday, May 06, 2026 at 09:30 AM by video conference.  The Courtroom Deputy will send out the link information prior to the hearing.

The parties should consult Local Rules CV-16(f)–(g) regarding matters to be filed in advance of the final pretrial conference. Each party is expected to file the materials required by Local Rule CV-16(e) as one electronic document, styled as a "Notice to the Court," with each of the 10 submissions (as applicable) identified in the Local Rules attached as an exhibit to that electronic document.

If a party deems it necessary to file any of those submissions under seal, it may file one separate electronic document, styled as a "Motion for Leave to File Under Seal," and attach those submissions as exhibits. Any such motion should explain in detail why sealing the attached exhibits is necessary. Similar expectations govern the submissions required by Local Rule CV-16(f).

The parties' witnesses shall be available and ready to testify on trial days for the full day, including any cross-examination, redirect examination, and recross-examination. The parties are responsible for ensuring that their witnesses, including their witnesses who are called to testify by another party, are available and ready to testify without any disruption or delay to the trial. The Court warns the parties that trials often move more quickly than anticipated. The Court may impose sanctions on a party if a witness is not available to testify, including: (1) deducting allotted trial hours, (2) disallowing testimony of witnesses, or (3) imposing some other reasonable sanction.

After the trial concludes, the parties shall be prepared to submit proposed findings of fact and conclusions of law. If any party requests to review the transcript first, and the Court grants that request, the parties shall be prepared to propose an agreed date or time frame—such as two weeks after receiving the transcript—by which they will file their respective proposed findings of fact and conclusions of law.

**SIGNED** on 7th day of April, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE