IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMMER QADDUMI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-01002 |
| | § | |
| UT AUSTIN PRESIDENT JAMES E. | § | |
| DAVIS, in his official capacity, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**DEFENDANT'S OBJECTIONS TO PLAINITFF'S AMENDED TRIAL EXHIBIT LIST**

Pursuant to Local Rule CV-16(g), Defendant UT Austin President James E. Davis, in his official capacity ("Defendant"), submits its Objections to Plaintiff's Amended Trial Exhibit List (ECF 187-1) as follows.

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|---|---|---|---|---|
| P-1 | 1/11/2012 | HOP 8-1050 Prohibition of Camping on University Property Draft 1.11.12.pdf | UT AUSTIN_020725-UT AUSTIN_020727 | |
| P-2 | 12/4/2014 | Facebook Event Post for 12/4/2024 at 12:15 PM "Die In #ShutItDown for Eric Garner" on Speedway Plaza (In front of Gregory, intersection of Speedway and 21st) | QAD003889-QAD003891 | Untimely; Relevance FRE 402, 403; Hearsay FRE 802; Authenticity FRE 901 |
| P-3 | 12/4/2014 | Rhiannon Hamam Photo of Dec. 2014 Black Lives Matters Protest | QAD003884-QAD003884 | Untimely; Relevance FRE 401, 403; Hearsay FRE 802; Authenticity FRE 901 |
| P-4 | 12/4/2014 | Rhiannon Hamam Photo of Dec. 2014 "Die-In" | QAD003885-QAD003885 | Untimely; Relevance FRE 401, 403; |

1

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|---|---|---|---|---|
| | | | | Hearsay FRE 802; Authenticity FRE 901 |
| P-5 | 12/4/2014 | Rhiannon Hamam Video of Dec. 2014 Chanting | QAD003886-QAD003886 | Untimely; Relevance FRE 401, 403; Hearsay FRE 802; Authenticity FRE 901 |
| P-6 | 12/4/2014 | Rhiannon Hamam Video of Dec. 2014 Die In | QAD003887-QAD003887 | Untimely; Relevance FRE 401, 403; Hearsay FRE 802; Authenticity FRE 901 |
| P-7 | 12/4/2014 | Rhiannon Hamam Photo Dec. 2014 Holding Sign at "Die In" | QAD003888-QAD003888 | Untimely; Relevance FRE 401, 403; Hearsay FRE 802; Authenticity FRE 901 |
| P-8 | 11/16/2023 | Email from M. Rosen to J. Hartzell re. Working together to stop the hate on campus | UT AUSTIN_002547-UT AUSTIN_002550 | Untimely |
| P-9 | 9/1/2023 | Chapter 11. Student Conduct and Academic Integrity (23-24) | UT AUSTIN_000433-UT AUSTIN_000445 | |
| P-10 | 3/27/2024 | Executive Order GA-44.pdf | QAD000185-QAD000187 | |
| P-11 | 4/3/2024 | Email from J. Hartzell to A. White and V. Welkener re. Updated: [FCEC+] Agenda, Apr 8 (3:30 - 5) | UT AUSTIN_001184-UT AUSTIN_001190 | Untimely |
| P-12 | 4/16/2024 | Instagram Post from Rutgers-New Brunswick SJP re Victory on Divestment | QAD003901-QAD003901 | Untimely; Hearsay Rule 802; Completeness FRE 106 |
| P-13 | 4/19/2024 | Instagram Post from Rutgers-New Brunswick SJP re Victory | QAD003902-QAD003902 | Untimely; Hearsay Rule 802; Completeness FRE 106 |

MBF\223257\0002\53446219

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|---|---|---|---|---|
| P-14 | 4/19/2024 | Instagram Post announcing DEI Protest at UT Tower on 4/25/24, 12:15 PM | QAD003895-QAD003897 | Untimely; Hearsay Rule 802; Relevance FRE 401, 403 |
| P-15 | 4/20/2024 | PSC Steering Message Exchange with H. Saidi and R. Mahrouq regarding Popular University for Gaza Post ~4/20/2024 | QAD000255-QAD000255 | Untimely; Incomplete FRE 106 |
| P-16 | 4/20/2024 | PSC_ATX Instagram Page re. Popular University for Gaza | QAD000196-QAD000198 | |
| P-17 | 4/23/2024 | Ltr. from Deans Office to J. Homsi re. PSC April 24th Cancellation Notice | QAD000476-QAD000478 | |
| P-18 | 4/23/2024 | Email from A. Voyles to J. Homsi re. Notice Cancelling Planned Event | UT AUSTIN_000857-UT AUSTIN_000860 | |
| P-19 | 4/23/2024 | Email from K. McGee to S. Buckenmeyer and V. Wooten re. FYI | UT AUSTIN_008991-UT AUSTIN_008994 | |
| P-20 | 4/23/2024 | Email from S. Max re. FYI | UT AUSTIN_009087-UT AUSTIN_009091 | |
| P-21 | 4/23/2024 | Email from A. Voyles to E. Johnson and S. Dawson-Love re. Walk Out / Protest / Occupy Lawn Tomorrow | UT AUSTIN_009096-UT AUSTIN_009096 | |
| P-22 | 4/23/2024 | Email from A. Voyles to J. Parker and S. Max re. FYI | UT AUSTIN_017447-UT AUSTIN_017448 | |
| P-23 | 4/23/2024 | Email from E. Johanson to S. Dawson-Love and A. Voyles re. Walk Out / Protest / Occupy Lawn Tomorrow | UT AUSTIN_017477-UT AUSTIN_017478 | |
| P-24 | 4/23/2024 | 2024 Popular University for Gaza Campaign 4-23-24 | QAD000273-QAD000276 | |
| P-25 | 4/23/2024 | PSC_ATX Instagram Post re PSC Class is Cancelled | QAD003898-QAD003900 | |

MBF\223257\0002\53446219

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|---|---|---|---|---|
| P-26 | 4/23/2024 | Email from B. Sherman to A. Voyles re. We Can't Be the Next Columbia… | UT AUSTIN_017749-UT AUSTIN_017751 | |
| P-27 | 4/24/2024 | Ltr. from Deans Office to Palestine Solidarity Committee (PSC) re. Cancel Letter(s) | UT AUSTIN_000431-UT AUSTIN_000432 | |
| P-28 | 4/24/2024 | Email from M. Wommack to K. McGee and A. Voyles re. Notice Cancelling Planned Event | UT AUSTIN_000830-UT AUSTIN_000830 | |
| P-29 | 4/24/2024 | Email from A. Voyles to K. McGee re. Notice Cancelling Planned Event | UT AUSTIN_008915-UT AUSTIN_008915 | |
| P-30 | 4/24/2024 | Email from E. Stephens re. Operational Plans_ UT Protest_052424 | UT AUSTIN_014537-UT AUSTIN_014778 | Attorneys Eyes Only; Overinclusive (document ends at 14551); Hearsay FRE 802 |
| P-31 | 4/24/2024 | PSC_ATX Instagram Post re. Today's Schedule | QAD000291-QAD000293 | |
| P-32 | 4/24/2024 | Video April 24 2024, ~11:40am.mov | QAD000251-QAD000251 | |
| P-33 | 4/24/2024 | Video April 24 2024, ~11:50 am.mp4 | QAD000058-QAD000058 | |
| P-34 | 4/24/2024 | Video April 24 2024, ~11:55 am.mp4 | QAD000059-QAD000059 | |
| P-35 | 4/24/2024 | Video Apr 24 2024, 12 00 30 PM.mov | QAD000038-QAD000038 | |
| P-36 | 4/24/2024 | Video Apr 24 2024, 12 02 18 PM.mov | QAD000039-QAD000039 | |
| P-37 | 4/24/2024 | Video Apr 24 2024, 12 04 01 PM.mov | QAD000040-QAD000040 | |
| P-38 | 4/24/2024 | Video Apr 24 2024, 12 04 47 PM.mov | QAD000041-QAD000041 | |

4

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|---|---|---|---|---|
| P-39 | 4/24/2024 | Video Apr 24 2024, 12 06 20 PM.mov | QAD000042-QAD000042 | |
| P-40 | 4/24/2024 | Video Apr 24 2024, 12 09 08 PM.mov | QAD000043-QAD000043 | |
| P-41 | 4/24/2024 | Video Apr 24 2024, 12 11 20 PM.mov | QAD000044-QAD000044 | |
| P-42 | 4/24/2024 | Video Apr 24 2024, 12 17 19 PM.mov | QAD000046-QAD000046 | |
| P-43 | 4/24/2024 | Video Apr 24 2024, 12 20 58 PM.mov | QAD000047-QAD000047 | |
| P-44 | 4/24/2024 | Video Apr 24 2024, 12 24 04 PM.mov | QAD000048-QAD000048 | |
| P-45 | 4/24/2024 | Video Apr 24 2024, 12 25 17 PM.mov | QAD000049-QAD000049 | |
| P-46 | 4/24/2024 | Video Apr 24 2024, 12 27 29 PM.mov | QAD000050-QAD000050 | |
| P-47 | 4/24/2024 | Video Apr 24 2024, 12 31 27 PM.mov | QAD000243-QAD000243 | |
| P-48 | 4/24/2024 | Video Apr 24 2024, 12 40 57 PM.mov | QAD000051-QAD000051 | |
| P-49 | 4/24/2024 | Video Apr 24 2024, 12 48 59 PM.mov | QAD000052-QAD000052 | |
| P-50 | 4/24/2024 | Video Apr 24 2024, 12 51 27 PM.mov | QAD000053-QAD000053 | |
| P-51 | 4/24/2024 | Video Apr 24 2024, 12 54 16 PM.mov | QAD000245-QAD000245 | |
| P-52 | 4/24/2024 | Video Apr 24 2024, 12 56 36 PM.mov | QAD000054-QAD000054 | |

MBF\223257\0002\53446219

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|---|---|---|---|---|
| P-53 | 4/24/2024 | Protest_Arrest_1,_2_&_3.mp4 | UT AUSTIN_027470-UT AUSTIN_027470 | |
| P-54 | 4/24/2024 | Protest_Crowd_Control_.mp4 | UT AUSTIN_027479-UT AUSTIN_027479 | |
| P-55 | 4/24/2024 | Protest_march_on_Speedway.mp4 | UT AUSTIN_027486-UT AUSTIN_027486 | |
| P-56 | 4/24/2024 | Protest_march_where_it_ended_at_Speedway_and_Brazos.mp4 | UT AUSTIN_027487-UT AUSTIN_027487 | |
| P-57 | 4/24/2024 | Protest_1_(Speedway_Gregory_Gym_Main_Mall).mp4 | UT AUSTIN_027491-UT AUSTIN_027491 | |
| P-58 | 4/24/2024 | P_I_Protest_Multiple_Arrests_-_Body_3.mp4 | UT AUSTIN_027502-UT AUSTIN_027502 | |
| P-59 | 4/24/2024 | P_I_Protest_Foot_Patrol_-_Body_3.mp4 | UT AUSTIN_027503-UT AUSTIN_027503 | |
| P-60 | 4/24/2024 | Initial_stop_of_March_and_dispersal_order.mp4 | UT AUSTIN_027516-UT AUSTIN_027516 | |
| P-61 | 4/24/2024 | Longhorn Students for Israel Instagram Post of 4.24.24 Counter-Protest | QAD003903-QAD003903 | Untimely; FRE 106; 401; 602; 801; 805; 901 |
| P-62 | 4/25/2024 | Email from S. Wood to deanscouncil@utlists.utexas.edu re. [deanscouncil] From our conversation today | UT AUSTIN_013633-UT AUSTIN_013635 | |
| P-63 | 4/25/2024 | Email from J. Hartzell to ses4954@eid.utexas.edu re. Balancing Speech, Safety and Our Mission | UT AUSTIN_018065-UT AUSTIN_018067 | |
| P-64 | 4/25/2024 | Email from S. Wood to ses4954@eid.utexas.edu re. Ensuring Peaceful Campus Protests | UT AUSTIN_018071-UT AUSTIN_018073 | |
| P-65 | 4/28/2024 | Email from A. Voyles to M. Wommack and K. Soucy re. Verbal Directives Language | UT AUSTIN_000891-UT AUSTIN_000892 | |

6

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|---|---|---|---|---|
| P-66 | 4/29/2024 | "Article re. Rutgers students launch pro-Palestinian solidarity encampment to protest Gaza war" | QAD003892-QAD003894 | Untimely; Hearsay FRE 802; Relevance FRE 402, 403 |
| P-67 | 5/8/2024 | Hartzell Protest Presentation | UT AUSTIN_000815-UT AUSTIN_000822 | |
| P-68 | 5/10/2024 | Email from S. Streepy to J. Greenwalt | UT AUSTIN_017379-UT AUSTIN_017390 | Untimely; Relevance FRE 402, 403; Incomplete FRE 106 |
| P-69 | 7/3/2024 | Messages - Deans & Jay.pdf | UT AUSTIN_012462-UT AUSTIN_012483 | Untimely; TBD after review |
| P-70 | 7/15/2024 | Student Conduct Notice of Referral | QAD_000081-QAD_000093 | |
| P-71 | 7/22/2024 | Ltr. from J. Galbraith to J. Hartzell and J. Moon re. report of the Committee of Counsel on Academic Freedom and Responsibility, dated July 12, 2024 | UT AUSTIN_000001-UT AUSTIN_000024 | Opinion by Lay Witness FRE 701; Hearsay FRE 802, 805 Relevance FRE 403 |
| P-72 | 7/25/2024 | Email from K. Soucy to J. LoBrutto re. [demonstration_activity] Demonstration Response - April 19 Follow-Up | UT AUSTIN_015331-UT AUSTIN_015332 | |
| P-73 | 8/19/2024 | Final Administrative Disposition of Ammer Qaddumi | UT AUSTIN_000512-UT AUSTIN_000523 | |
| P-74 | 8/23/2024 | Declaration Katie McGee | UT AUSTIN_000188-UT AUSTIN_000272 | |
| P-75 | 8/30/2024 | Notice of Hearing | UT AUSTIN_000941-UT AUSTIN_000944 | |
| P-76 | 9/12/2024 | Transcript of Disciplinary Proceeding | QAD001674-QAD001771 | Untimely; Hearsay R. 802 |

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|---|---|---|---|---|
| P-77 | 9/26/2024 | SCAI Closing Statement | UT AUSTIN_000732-UT AUSTIN_000736 | |
| P-78 | 10/3/2024 | Email from A. Pickens to M. Wommack and A. Qaddumi re. Hearing Decision Letter | UT AUSTIN_019781-UT AUSTIN_019791 | |
| P-79 | 10/23/2024 | Email from Office of Student Conduct and Academic Integrity (via Maxient) to M. Wommack re. Appeal By Student Conduct of Hearing Officer's Decision (EID: amq379) | UT AUSTIN_000945-UT AUSTIN_000953 | |
| P-80 | 10/23/2024 | Email from J. Dalton to J. Dalton re. Message from Student Conduct and Academic Integrity | UT AUSTIN_014854-UT AUSTIN_014862 | |
| P-81 | 9/9/2025 | Letter Barring Ammer Qaddumi from Campus | UT AUSTIN_020495-UT AUSTIN_02497 | |
| P-82 | 5/2/2024 | 2024-08-30 & 2024-09-06- Qaddumi, Ammer-Hearing Audio Transcript.m4a | UT AUSTIN_018247-UT AUSTIN_018247 | Untimely; Hearsay R. 802 |
| P-83 | 9/4/2025 | Combined Arrest List with Demographics | UT AUSTIN_027237 | Untimely; Relevance FRE 401, 403; Attorneys Eyes Only; Incorrect Bates Number |
| P-84 | 9/4/2025 | Outdoor Events (100+ Attendees) | UT AUSTIN_027233 | Untimely; Relevance FRE 401, 403; Attorneys Eyes Only |
| P-85 | 9/9/2025 | 2024-08-30 & 2024-09-06- Qaddumi, Ammer-Hearing Audio Transcript.m4a | UT AUSTIN_018247-UT AUSTIN_018247 | Untimely; Hearsay R. 802; Repeat of P-82 |
| P-86 | 9/11/2025 | Apr2020-present_Events_100+attendees.xlsx | UT AUSTIN_277729 | Untimely; Relevance FRE 401, 403; Attorneys Eyes Only |

8

| Ex No. | Date | Subject/Description | Bates Range | Def's Objections |
|--------|------|---------------------|-------------|------------------|
| P-87 | 11/13/2025 | Chapter 9 of UT Austin's Institutional Rules, Educational Records | UT AUSTIN_027751-UT AUSTIN_027753 | |
| P-88 | 12/5/2025 | Supplement to Rog 12.xlsx | UT AUSTIN_028137-UT AUSTIN_028137 | Untimely; Relevance FRE 401, 403 |
| P-89 | 12/5/2025 | Supplement to Rog 13.xlsx | UT AUSTIN_028138-UT AUSTIN_028138 | Untimely; Relevance FRE 401, 403 |

**Dated**: April 29, 2026

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

*/s/Darren G. Gibson*
Darren G. Gibson
State Bar No. 24068846
515 Congress Avenue, Suite 2500
Austin, Texas 78701
(512) 320-0601
darren.gibson@michaelbest.com

Daniel Jozwiak (*pro hac vice*)
Colorado Bar No. 55198
675 15th St., Suite 2000
Denver, Colorado 80202
(720) 398-0052
daniel.jozwiak@michaelbest.com

**ATTORNEYS FOR DEFENDANT**

9

MBF\223257\0002\53446219

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2026, a copy of the foregoing document has been electronically filed with the Court, and served on the following by CM/ECF:

Joseph Y. Ahmad
Sean Healey
Ahmad Zavitsanos & Mensing, PLLC
1221 McKinney, Suite 2500
Houston, TX 77010
T: 713.655.1101
F: 713.655.0062
joeahmad@azalaw.com
shealey@azalaw.com

**Attorneys for Plaintiff**

/s/Darren G. Gibson
Darren G. Gibson

MBF\223257\0002\53446219