**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| AMMER QADDUMI, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:24-cv-01002** |
| | § | |
| UT AUSTIN PRESIDENT JAMES E. | § | |
| DAVIS, in his official capacity, | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**JOINT LIST OF STIPULATED FACTS**

The Parties file this Joint List of Stipulated Facts in advance of this matter's May 11, 2026 trial setting as follows:

1.      Plaintiff Ammer Qaddumi ("Qaddumi") was a full-time student at The University of Texas at Austin ("UT Austin" or the "University") during the 2023-2024 academic year.

2.      UT Austin is a public university in Texas and part of The University of Texas System.

3.      Defendant James E. Davis is the President of UT Austin. During the 2023-24 academic year, Defendant Davis served as the Chief Operating Officer of UT Austin.

4.      During the 2023-24 academic year, Jay Hartzell was the President of UT Austin.

5.      During the 2023-2024 academic year, Qaddumi was on the steering committee (the leadership board) of the Palestine Solidarity Committee ("PSC") and, accordingly, served as one of its leaders. During the 2023-2024 academic year, PSC was a registered student organization at the University.

6.      PSC has an Instagram account under the username @psc_atx.

7.      On April 20, 2024, PSC posted a "Popular University for Gaza" graphic on Instagram, stating "WE ARE ALL SJP! Our universities have chosen profit and reputation over the lives of the

1

people of Palestine and our will as students. We must recognize the power and strength of the united students, staff, and faculty committed to realizing justice and upholding Palestinian liberation on campus. In the footsteps of our comrades at Rutgers-New Brunswick SJP, Tufts SJP, and Columbia SJP, we will take back our university and demand our administration to divest, for the people of Gaza!"

8.      On April 23, 2024, PSC announced an April 24, 2024 event under the banner of the Popular University for Gaza movement:  "Reclaim our space on Wed Apr 24th . . . Class is canceled . . . 11:40 Walk out of class . . . Meet at Greg Plaza . . . March to occupy the lawn . . . Bring blankets, food, face masks, and energy"; the caption elaborated, "Join us Wednesday April 24th in walking out of class and RECLAIMING OUR SPACE as we demand DIVESTMENT NOW. We will be meeting at Greg Gym at 11:40 and marching to occupy the South Lawn. In the footsteps of our comrades at Columbia SJP, Rutgers-New Brunswick, Yale, and countless others across the nation, we will be establishing THE POPULAR UNIVERSITY FOR GAZA and demanding our administration divest from death. We will be occupying the space throughout the entire day, so be sure to bring blankets, food and water, face masks, and lots of energy. As a reminder please be sure to respect our space and listen to organizers in order to help keep us all safe[.]"

9.      At 10:41 p.m. on April 23, 2024, the Dean of Students Office sent a letter to Jenna Homsi, another PSC leader, informing her that the PSC's protest on April 24, 2024 "may not proceed as planned."  The letter also stated, "Please be advised that you are not permitted to hold your event on the University campus. Any attempt to do so will subject your organization and its attending members to discipline including suspension under the Institutional Rules. Individuals not affiliated with the University and attempting to attend this event will be directed to leave campus. Refusal to comply may result in arrest." Ms. Homsi was not enrolled as a UT Austin student at the time the letter was sent.

10.     On the morning of April 24, 2024, the Dean of Students Office sent the cancellation

letter to other PSC representatives.

11.     The Dean of Students Office's written notice stated that any attempt to hold the April 24 protest would subject PSC and its attending members to discipline, including suspension, under the Institutional Rules.

12.     On the morning of April 24, 2024, Qaddumi and other individuals went to the plaza outside of Gregory Gymnasium. Dean of Students Office representatives Dr. Kelly Soucy and Dr. Aaron Voyles spoke with Qaddumi, who was acting as a spokesperson for the PSC, before the protest began. Qaddumi confirmed to Dr. Soucy and Dr. Voyles that he had received the cancellation letter.

13.     Following his conversation with Dr. Soucy and Dr. Voyles, Qaddumi remained on the Gregory Gymnasium plaza for several minutes. Qaddumi briefly addressed the crowd, as did Jenna Homsi.

14.     The protest proceeded from the Gregory Gymnasium plaza onto Speedway toward the intersection of Speedway and 21st Street. The group of protesters continued down Speedway toward the Perry-Castaneda Library. The group of protesters remained on Speedway for several minutes, at which point Qaddumi spoke with a member of UTPD. Eventually, police instructed protesters to disperse, warning that arrests would begin if they did not comply within ten minutes. The police also provided a two minute warning after the group moved to Jester Circle.

15.     At approximately 12:50 p.m. on April 24, 2024, law enforcement officers arrested Qaddumi.

16.     Following the protest, the Dean of Students Office's Student Conduct and Academic Integrity Office ("SCAI") opened a disciplinary matter against Qaddumi. The Notice of Referral alleged violations of Institutional Rules 11-402(a)(19)(A) (Failure to Comply), 11-402(a)(18)(A) (Engaging in Disruptive Conduct), and 11-402(a)(18)(B) (Promoting or Inciting Disruptive Conduct).

17.     In April 2024, Melissa Jones-Wommack was the acting Executive Director for SCAI

and Katie McGee was the interim Dean of Students. Prior to becoming the interim Dean of Students, Katie McGee was the Executive Director for SCAI.

18.     The SCAI initially imposed a three-semester suspension against Qaddumi and issued a Final Administrative Disposition. Qaddumi appealed the decision to a Student Conduct Panel ("SCP").

19.     The SCP, composed of one staff member and two students, held a two-day hearing regarding Qaddumi's disciplinary matter. The SCP found that Qaddumi violated the Institutional Rules by failing to comply with university directives. The SCP did not uphold the other two alleged rule violations and imposed a lesser sanction of deferred suspension and an ethical decision-making seminar.

20.     SCAI appealed the SCP's decision.

21.     The University's Senior Appellate Officer, John Dalton, reviewed the matter. Mr. Dalton found Qaddumi responsible for all three alleged rule violations and reimposed a three-semester suspension.

22.     Qaddumi's three-semester suspension concluded in August 2025.

23.     Qaddumi has been in classes for the fall 2025 and spring 2026 semesters. Qaddumi expects to graduate in May 2026.

24.     Qaddumi's permanent disciplinary record is maintained by the Dean of Students Office.

**Dated**: April 27, 2026

Respectfully Submitted,

/s/ *Sean F. Healey*

Joseph Y. Ahmad
State Bar No. 00941100
joeahmad@azalaw.com
Shahmeer Halepota
State Bar No. 24109968
shalepota@azalaw.com
Sean F. Healey
State Bar No. 24142997
shealey@azalaw.com
Grace M. Darrah
State Bar No. 24143615
**Ahmad, Zavitsanos & Mensing, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

/s/ *Daniel Jozwiak* (with permission)

Darren G. Gibson
State Bar No. 24068846
515 Congress Avenue, Suite 2500
Austin, Texas 78701
(512) 320-0601
darren.gibson@michaelbest.com

Daniel Jozwiak (pro hac vice)
Colorado Bar No. 55198
675 15th St., Suite 2000
Denver, Colorado 80202
(720) 398-0052
daniel.jozwiak@michaelbest.com

**ATTORNEY FOR PLAINTIFF**

**ATTORNEY FOR DEFENDANT**

5