**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **AMMER QADDUMI,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Case No. 1:24-cv-1002** |
| **v.** | § | |
| | § | |
| **UT AUSTIN PRESIDENT JAMES E.** | § | |
| **DAVIS, in his official capacity,** | § | |
| | § | |
| *Defendant.* | | |

## PLAINTIFF AMMER QADDUMI'S SECOND AMENDED TRIAL EXHIBIT LIST

TO THE HONORABLE COURT:

Pursuant to Local Rule CV-16(e) and the Court's scheduling order, Plaintiff Ammer Qaddumi hereby designates the following exhibits that may be offered into evidence at trial. Plaintiff Ammer Qaddumi reserves the right to use any exhibit listed by any other party.

### I. EXHIBITS

| Ex No. | Date | Subject/Description | Bates Range | Offer | Admit | OBJ |
|---|---|---|---|---|---|---|
| P-1 | 1/11/2012 | HOP 8-1050 Prohibition of Camping on University Property Draft 1.11.12.pdf | UT AUSTIN_020725-UT AUSTIN_020727 | | | |
| P-2 | 12/4/2014 | Facebook Event Post for 12/4/2024 at 12:15 PM "Die In #ShutItDown for Eric Garner" on Speedway Plaza (In front of Gregory, intersection of Speedway and 21st) | QAD003889-QAD003891 | | | |
| P-3 | 12/4/2014 | Rhiannon Hamam Photo of Dec. 2014 Black Lives Matters Protest | QAD003884-QAD003884 | | | |

| Ex No. | Date | Subject/Description | Bates Range | Offer | Admit | OBJ |
|---|---|---|---|---|---|---|
| P-4 | 12/4/2014 | Rhiannon Hamam Photo of Dec. 2014 "Die-In" | QAD003885-QAD003885 | | | |
| P-5 | 12/4/2014 | Rhiannon Hamam Video of Dec. 2014 Chanting | QAD003886-QAD003886 | | | |
| P-6 | 12/4/2014 | Rhiannon Hamam Video of Dec. 2014 Die In | QAD003887-QAD003887 | | | |
| P-7 | 12/4/2014 | Rhiannon Hamam Photo Dec. 2014 Holding Sign at "Die In" | QAD003888-QAD003888 | | | |
| P-8 | 11/16/2023 | Email from M. Rosen to J. Hartzell re. Working together to stop the hate on campus | UT AUSTIN_002547-UT AUSTIN_002550 | | | |
| P-9 | 9/1/2023 | Chapter 11. Student Conduct and Academic Integrity (23-24) | UT AUSTIN_000433-UT AUSTIN_000445 | | | |
| P-10 | 3/27/2024 | Executive Order GA-44.pdf | QAD000185-QAD000187 | | | |
| P-11 | 4/3/2024 | Email from J. Hartzell to A. White and V. Welkener re. Updated: [FCEC+] Agenda, Apr 8 (3:30 - 5) | UT AUSTIN_001184-UT AUSTIN_001190 | | | |
| P-12 | | **Intentionally Omitted** | | | | |
| P-13 | | **Intentionally Omitted** | | | | |
| P-14 | 4/19/2024 | Instagram Post announcing DEI Protest at UT Tower on 4/25/24, 12:15 PM | QAD003895-QAD003897 | | | |
| P-15 | 4/20/2024 | PSC Steering Message Exchange with H. Saidi and R. Mahrouq regarding | QAD000255-QAD000255 | | | |

| Ex No. | Date | Subject/Description | Bates Range | Offer | Admit | OBJ |
|---|---|---|---|---|---|---|
| | | Popular University for Gaza Post ~4/20/2024 | | | | |
| P-16 | 4/20/2024 | PSC_ATX Instagram Page re. Popular University for Gaza | QAD000196-QAD000198 | | | |
| P-17 | 4/23/2024 | Ltr. from Deans Office to J. Homsi re. PSC April 24th Cancellation Notice | QAD000476-QAD000478 | | | |
| P-18 | 4/23/2024 | Email from A. Voyles to J. Homsi re. Notice Cancelling Planned Event | UT AUSTIN_000857-UT AUSTIN_000860 | | | |
| P-19 | 4/23/2024 | Email from K. McGee to S. Buckenmeyer and V. Wooten re. FYI | UT AUSTIN_008991-UT AUSTIN_008994 | | | |
| P-20 | 4/23/2024 | Email from S. Max re. FYI | UT AUSTIN_009087-UT AUSTIN_009091 | | | |
| P-21 | 4/23/2024 | Email from A. Voyles to E. Johnson and S. Dawson-Love re. Walk Out / Protest / Occupy Lawn Tomorrow | UT AUSTIN_009096-UT AUSTIN_009096 | | | |
| P-22 | 4/23/2024 | Email from A. Voyles to J. Parker and S. Max re. FYI | UT AUSTIN_017447-UT AUSTIN_017448 | | | |
| P-23 | 4/23/2024 | Email from E. Johanson to S. Dawson- Love and A. Voyles re. Walk Out / Protest / Occupy Lawn Tomorrow | UT AUSTIN_017477-UT AUSTIN_017478 | | | |
| P-24 | 4/23/2024 | 2024 Popular University for Gaza Campaign 4-23-24 | QAD000273-QAD000276 | | | |
| P-25 | 4/23/2024 | PSC_ATX Instagram Post re PSC Class is Cancelled | QAD003898-QAD003900 | | | |
| P-26 | 4/23/2024 | Email from B. Sherman to A. Voyles re. We Can't Be the Next Columbia… | UT AUSTIN_017749-UT AUSTIN_017751 | | | |
| P-27 | 4/24/2024 | Ltr. from Deans Office to Palestine Solidarity Committee (PSC) re. Cancel Letter(s) | UT AUSTIN_000431-UT AUSTIN_000432 | | | |
| P-28 | 4/24/2024 | Email from M. Wommack to K. McGee and A. Voyles re. Notice Cancelling Planned Event | UT AUSTIN_000830-UT AUSTIN_000830 | | | |

| Ex No. | Date | Subject/Description | Bates Range | Offer | Admit | OBJ |
|---|---|---|---|---|---|---|
| P-29 | 4/24/2024 | Email from A. Voyles to K. McGee re. Notice Cancelling Planned Event | UT AUSTIN_008915-UT AUSTIN_008915 | | | |
| P-30 | 4/24/2024 | Email from E. Stephens re. Operational Plans_ UT Protest_052424 | UT AUSTIN_014537-UT AUSTIN_014778 | | | |
| P-31 | 4/24/2024 | PSC_ATX Instagram Post re. Today's Schedule | QAD000291-QAD000293 | | | |
| P-32 | 4/24/2024 | Video April 24 2024, ~11:40am.mov | QAD000251-QAD000251 | | | |
| P-33 | 4/24/2024 | Video April 24 2024, ~11:50 am.mp4 | QAD000058-QAD000058 | | | |
| P-34 | 4/24/2024 | Video April 24 2024, ~11:55 am.mp4 | QAD000059-QAD000059 | | | |
| P-35 | 4/24/2024 | Video Apr 24 2024, 12 00 30 PM.mov | QAD000038-QAD000038 | | | |
| P-36 | 4/24/2024 | Video Apr 24 2024, 12 02 18 PM.mov | QAD000039-QAD000039 | | | |
| P-37 | 4/24/2024 | Video Apr 24 2024, 12 04 01 PM.mov | QAD000040-QAD000040 | | | |
| P-38 | 4/24/2024 | Video Apr 24 2024, 12 04 47 PM.mov | QAD000041-QAD000041 | | | |
| P-39 | 4/24/2024 | Video Apr 24 2024, 12 06 20 PM.mov | QAD000042-QAD000042 | | | |
| P-40 | 4/24/2024 | Video Apr 24 2024, 12 09 08 PM.mov | QAD000043-QAD000043 | | | |
| P-41 | 4/24/2024 | Video Apr 24 2024, 12 11 20 PM.mov | QAD000044-QAD000044 | | | |
| P-42 | 4/24/2024 | Video Apr 24 2024, 12 17 19 PM.mov | QAD000046-QAD000046 | | | |
| P-43 | 4/24/2024 | Video Apr 24 2024, 12 20 58 PM.mov | QAD000047-QAD000047 | | | |
| P-44 | 4/24/2024 | Video Apr 24 2024, 12 24 04 PM.mov | QAD000048-QAD000048 | | | |
| P-45 | 4/24/2024 | Video Apr 24 2024, 12 25 17 PM.mov | QAD000049-QAD000049 | | | |

| Ex No. | Date | Subject/Description | Bates Range | Offer | Admit | OBJ |
|---|---|---|---|---|---|---|
| P-46 | 4/24/2024 | Video Apr 24 2024, 12 27 29 PM.mov | QAD000050-QAD000050 | | | |
| P-47 | 4/24/2024 | Video Apr 24 2024, 12 31 27 PM.mov | QAD000243-QAD000243 | | | |
| P-48 | 4/24/2024 | Video Apr 24 2024, 12 40 57 PM.mov | QAD000051-QAD000051 | | | |
| P-49 | 4/24/2024 | Video Apr 24 2024, 12 48 59 PM.mov | QAD000052-QAD000052 | | | |
| P-50 | 4/24/2024 | Video Apr 24 2024, 12 51 27 PM.mov | QAD000053-QAD000053 | | | |
| P-51 | 4/24/2024 | Video Apr 24 2024, 12 54 16 PM.mov | QAD000245-QAD000245 | | | |
| P-52 | 4/24/2024 | Video Apr 24 2024, 12 56 36 PM.mov | QAD000054-QAD000054 | | | |
| P-53 | 4/24/2024 | Protest_Arrest_1,_2_&_3.mp4 | UT AUSTIN_027470-UT AUSTIN_027470 | | | |
| P-54 | 4/24/2024 | Protest_Crowd_Control_.mp4 | UT AUSTIN_027479-UT AUSTIN_027479 | | | |
| P-55 | 4/24/2024 | Protest_march_on_Speedway.mp4 | UT AUSTIN_027486-UT AUSTIN_027486 | | | |
| P-56 | 4/24/2024 | Protest_march_where_it_ended_at_Speedway_and_Brazos.mp4 | UT AUSTIN_027487-UT AUSTIN_027487 | | | |
| P-57 | 4/24/2024 | Protest_1_(Speedway_Gregory_Gym_Main_Mall).mp4 | UT AUSTIN_027491-UT AUSTIN_027491 | | | |
| P-58 | 4/24/2024 | P_I_Protest_Multiple_Arrests_-_Body_3.mp4 | UT AUSTIN_027502-UT AUSTIN_027502 | | | |
| P-59 | 4/24/2024 | P_I_Protest_Foot_Patrol_-_Body_3.mp4 | UT AUSTIN_027503-UT AUSTIN_027503 | | | |
| P-60 | 4/24/2024 | Initial_stop_of_March_and_dispersal_order.mp4 | UT AUSTIN_027516-UT AUSTIN_027516 | | | |

| Ex No. | Date | Subject/Description | Bates Range | Offer | Admit | OBJ |
|---|---|---|---|---|---|---|
| P-61 | | **Intentionally Omitted** | | | | |
| P-62 | 4/25/2024 | Email from S. Wood to deanscouncil@utlists.utexas.edu re. [deanscouncil] From our conversation today | UT AUSTIN_013633- UT AUSTIN_013635 | | | |
| P-63 | 4/25/2024 | Email from J. Hartzell to ses4954@eid.utexas.edu re. Balancing Speech, Safety and Our Mission | UT AUSTIN_018065- UT AUSTIN_018067 | | | |
| P-64 | 4/25/2024 | Email from S. Wood to ses4954@eid.utexas.edu re. Ensuring Peaceful Campus Protests | UT AUSTIN_018071- UT AUSTIN_018073 | | | |
| P-65 | 4/28/2024 | Email from A. Voyles to M. Wommack and K. Soucy re. Verbal Directives Language | UT AUSTIN_000891- UT AUSTIN_000892 | | | |
| P-66 | 4/29/2024 | "Article re. Rutgers students launch pro-Palestinian solidarity encampment to protest Gaza war" | QAD003892- QAD003894 | | | |
| P-67 | 5/8/2024 | Hartzell Protest Presentation | UT AUSTIN_000815- UT AUSTIN_000822 | | | |
| P-68 | 5/10/2024 | Email from S. Streepy to J. Greenwalt | UT AUSTIN_017379- UT AUSTIN_017390 | | | |
| P-69 | 7/3/2024 | Messages - Deans & Jay.pdf | UT AUSTIN_012462- UT AUSTIN_012483 | | | |
| P-70 | 7/15/2024 | Student Conduct Notice of Referral | QAD_000081- QAD_000093 | | | |
| P-71 | 7/22/2024 | Ltr. from J. Galbraith to J. Hartzell and J. Moon re. report of the Committee of Counsel on Academic Freedom and Responsibility, dated July 12, 2024 | UT AUSTIN_000001- UT AUSTIN_000024 | | | |

| Ex No. | Date | Subject/Description | Bates Range | Offer | Admit | OBJ |
|---|---|---|---|---|---|---|
| P-72 | 7/25/2024 | Email from K. Soucy to J. LoBrutto re. [demonstration_activity] Demonstration Response - April 19 Follow-Up | UT AUSTIN_015331- UT AUSTIN_015332 | | | |
| P-73 | 8/19/2024 | Final Administrative Disposition of Ammer Qaddumi | UT AUSTIN_000512- UT AUSTIN_000523 | | | |
| P-74 | 8/23/2024 | Declaration Katie McGee | UT AUSTIN_000188- UT AUSTIN_000272 | | | |
| P-75 | 8/30/2024 | Notice of Hearing | UT AUSTIN_000941- UT AUSTIN_000944 | | | |
| P-76 | 9/12/2024 | Transcript of Disciplinary Proceeding | QAD001674- QAD001771 | | | |
| P-77 | 9/26/2024 | SCAI Closing Statement | UT AUSTIN_000732- UT AUSTIN_000736 | | | |
| P-78 | 10/3/2024 | Email from A. Pickens to M. Wommack and A. Qaddumi re. Hearing Decision Letter | UT AUSTIN_019781- UT AUSTIN_019791 | | | |
| P-79 | 10/23/2024 | Email from Office of Student Conduct and Academic Integrity (via Maxient) to M. Wommack re. Appeal By Student Conduct of Hearing Officer's Decision (EID: amq379) | UT AUSTIN_000945- UT AUSTIN_000953 | | | |
| P-80 | 10/23/2024 | Email from J. Dalton to J. Dalton re. Message from Student Conduct and Academic Integrity | UT AUSTIN_014854- UT AUSTIN_014862 | | | |
| P-81 | 9/9/2025 | Letter Barring Ammer Qaddumi from Campus | UT AUSTIN_020495- UT AUSTIN_02497 | | | |
| P-82 | 5/2/2024 | 2024-08-30 & 2024-09-06- Qaddumi, Ammer-Hearing Audio Transcript.m4a | UT AUSTIN_018247- UT AUSTIN_018247 | | | |
| P-83 | 9/4/2025 | Combined Arrest List with Demographics | UT AUSTIN_027237 | | | |
| P-84 | 9/4/2025 | Outdoor Events (100+ Attendees) | UT AUSTIN_027233 | | | |

| Ex No. | Date | Subject/Description | Bates Range | Offer | Admit | OBJ |
|---|---|---|---|---|---|---|
| P-85 | 9/9/2025 | 2024-08-30 & 2024-09-06- Qaddumi, Ammer- Hearing Audio Transcript.m4a | UT AUSTIN_018247- UT AUSTIN_018247 | | | |
| P-86 | 9/11/2025 | Apr2020-present_Events_100+atten dees.xlsx | UT AUSTIN_277729 | | | |
| P-87 | 11/13/2025 | Chapter 9 of UT Austin's Institutional Rules, Educational Records | UT AUSTIN_027751- UT AUSTIN_027753 | | | |
| P-88 | 12/5/2025 | Supplement to Rog 12.xlsx | UT AUSTIN_028137- UT AUSTIN_028137 | | | |
| P-89 | 12/5/2025 | Supplement to Rog 13.xlsx | UT AUSTIN_028138- UT AUSTIN_028138 | | | |
| P-90 | 4/23/2024 | Email from L. Smith to J. Cuellar and J. LoBrutto re. OP Plan for tomorrow | UT AUSTIN_019682- UT AUSTIN_019691 | | | |

## II.    DEMONSTRATIVE EXHIBITS

Plaintiff Ammer Qaddumi may use demonstrative exhibits, including charts, summaries, timelines, and graphics, for demonstrative purposes only. Such exhibits will be exchanged with opposing counsel prior to use in accordance with the Court's order.

## III.    RESERVATION OF RIGHTS

Plaintiff Ammer Qaddumi reserves the right to:

- Supplement or amend this Exhibit List for good cause shown;
- Offer rebuttal or impeachment exhibits as necessary;
- Use any exhibit identified by another party;
- Object to any exhibit offered by another party.

## IV.   STIPULATIONS

The parties have met and conferred and will file any stipulations regarding admissibility of exhibits and any remaining objections in accordance with the Court's order.

Dated: May 8, 2026                              Respectfully submitted,


                                                */s/* Shahmeer Halepota
                                                Joseph Y. Ahmad
                                                State Bar No. 00941100
                                                joeahmad@azalaw.com
                                                Shahmeer Halepota
                                                State Bar No. 24109968
                                                shalepota@azalaw.com
                                                Sean F. Healey
                                                State Bar No. 24142997
                                                shealey@azalaw.com
                                                Grace M. Darrah
                                                State Bar No. 24143615
                                                **Ahmad, Zavitsanos & Mensing, PLLC**
                                                1221 McKinney Street, Suite 2500
                                                Houston, Texas 77010
                                                Telephone: (713) 655-1101
                                                Facsimile: (713) 655-0062


                                                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on May 8, 2026.


*/s/ Shahmeer Halepota*
Shahmeer Halepota