**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **AMMER QADDUMI,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 1:24-cv-1002** |
| **UT AUSTIN PRESIDENT JAMES E. DAVIS, in his official capacity,** | § § § § | |
| **Defendant.** | § § § | |

## ORDER REGARDING POST-TRIAL BRIEFING SCHEDULE

Per the Parties agreement set forth in their Joint Notice of Conferral re Post-Trial Briefing, the Parties shall jointly request copies of the trial transcript and equally bear the costs. No later than 14 days after each Party has received a complete trial transcript, the Parties shall file proposed findings of fact and conclusions of law. No responsive briefing will be considered except with leave of Court.

**SIGNED** on May  20  , 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1