IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMMER QADDUMI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-1002-RP |
| | § | |
| UT AUSTIN PRESIDENT JAMES E. DAVIS, *in his official capacity*, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On this day, the Court issued its Findings of Fact and Conclusions of Law following a bench trial. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Defendant. **IT IS FURTHER ORDERED** that Plaintiff shall **TAKE NOTHING** from Defendant.

**IT IS FURTHER ORDERED** that all other relief not specifically granted is **DENIED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on September 24, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE